UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOMINIC MILLER,

    Plaintiff,

v.

ALBERTSONS CORP., et al.,

    Defendants.

Case No.: 2:22-cv-01143-GMN-NJK

**ORDER**

[Docket No. 1-1]

    Plaintiff, a detainee at Clark County Detention Center, is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*.

    Accordingly, **IT IS ORDERED:**

    1.    Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

    2.    The Clerk of the Court shall send Plaintiff a blank copy of the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

    3.    Plaintiff must comply with this order no later than **September 19, 2022.** Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

    IT IS SO ORDERED.

    Dated: July 19, 2022

                                                Nancy J. Koppe
                                                United States Magistrate Judge