UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIC MILLER,<br><br>　　Plaintiff,<br><br>v.<br><br>ALBERTSON'S CORP., et al.,<br><br>　　Defendants. | Case No. 2:22-cv-01143-GMN-NJK<br><br>**ORDER** |

　　On July 19, 2022, Plaintiff was ordered to pay this case's filing fee or file an application to proceed *in forma pauperis* no later than September 19, 2022. Docket No. 3. Plaintiff has done neither. *See* Docket.

　　Accordingly, Plaintiff is **ORDERED** to pay this case's filing fee or file an application to proceed *in forma pauperis* by December 23, 2022. **Failure to comply with this order may result in sanctions, including a recommendation to the District Judge that this case be dismissed.**

　　IT IS SO ORDERED.

　　Dated: December 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge