UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIC MILLER,<br><br>       Plaintiff,<br><br>v.<br><br>ALBERTSON'S CORP., et al.,<br><br>       Defendants. | Case No. 2:22-cv-01143-GMN-NJK<br><br>**ORDER** |

It has come to the Court's attention that the Report and Recommendation issued on July 18, 2023, was mailed to the incorrect address. *See* Docket No. 7 at 1 (letter mailed to 900 Doolittle Ave., Apt #14, Las Vegas, NV 89106); *but see* Docket No. 4 (providing address as 900 Doolittle Ave. Apt #124, Las Vegas, NV 89106). Accordingly, the Court **VACATES** its previous order to file a notice of changed address. Docket No. 8. Moreover, the Court **INSTRUCTS** the Clerk's Office to remail the Report and Recommendation to the correct mailing address. *See* Docket No. 6. The Court further **EXTENDS** the deadline to file objections to the Report and Recommendation to fourteen days after the filing of this order.

IT IS SO ORDERED.

Dated: September 8, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1